UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA DEPARTMENT OF REVENUE,<br><br>         Plaintiff,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for Washington Mutual Bank and in its corporate capacity,<br><br>   - and -<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>         Defendants. | Case No. 10-cv-00505-RMC<br><br>Hon. Rosemary M. Collyer |

**STIPULATION OF DISMISSAL**

All remaining parties who have appeared in the above-captioned civil action stipulate that it is dismissed with prejudice but without fees or costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 8, 2017

Respectfully submitted,

 /s/ Robert A. Sacks
Robert A. Sacks, D.D.C. Bar No. MI0069
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: sacksr@sullcrom.com

*Counsel for JPMorgan Chase Bank, National Association*

- 2 -

Of Counsel:

Kathryn R. Norcross, D.C. Bar No. 398120
   Senior Counsel
Wendy Kloner, D.C. Bar No. 253062
   Counsel
FEDERAL DEPOSIT INSURANCE
CORPORATION
3501 Fairfax Drive, Room VS-D-7118
Arlington, Virginia 22226
Telephone: (703) 562-2391
Facsimile: (703) 562-2481
Email: knorcross@fdic.gov
Email: wkloner@fdic.gov

  /s/ Scott H. Christensen
Scott H. Christensen, D.C. Bar No. 476439
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: scott.christensen@hugheshubbard.com

*Counsel for Federal Deposit Insurance Corporation in its capacity as Receiver for Washington Mutual Bank*

  /s/ Daniel H. Kurtenbach
Daniel H. Kurtenbach, D.C. Bar No. 426590
FEDERAL DEPOSIT INSURANCE
CORPORATION
Corporate Litigation Unit
3501 Fairfax Drive, VS-D7026
Arlington, Virginia 22226
Telephone: (703) 562-2465
Facsimile: (703) 562-2477
Email: dkurtenbach@fdic.gov

*Counsel for Federal Deposit Insurance Corporation in its corporate capacity*